## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **FRANK HRKACH, et al.**, <br><br> Plaintiffs, <br><br> *v.* <br><br> **SAMSUNG ELECTRONICS AMERICA, INC., et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br><br> **NO. 24-6837-KSM** |

### ORDER

**AND NOW**, this 11th day of August, 2025, upon consideration of Defendant Samsung

Electronics America, Inc.'s Motion to Dismiss (Doc. Nos. 16, 17), Plaintiffs' response in

opposition (Doc. No. 23), and Defendant's reply (Doc. No. 24), it is **ORDERED** that

Defendant's motion (Doc. Nos. 16, 17) is **GRANTED**.  Plaintiffs' Complaint is **DISMISSED**

**without prejudice** for failure to state a claim, except for Plaintiffs' negligence claims based on a

"failure to properly inspect and/or test," which are **DISMISSED with prejudice**.[1]

It is further **ORDERED** that Plaintiffs' request for leave to amend their Complaint (Doc.

No. 23 at 19) is **GRANTED**.  Plaintiffs may file an amended complaint consistent with the

Court's Memorandum **no later than August 25, 2025**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.

---

[1] For the reasons stated in the Court's accompanying Memorandum, the Court is dismissing Plaintiffs' claims against Defendants Home Depot U.S.A., Inc. and The Home Depot, Inc., which joined Defendant Samsung Electronics America, Inc.'s motion, and non-moving "ABC Manufacturing Company(ies) 1-5" and "ABC Sales Company(ies) 1-5" because they are identical to Plaintiffs' claims against moving Defendant Samsung Electronics America, Inc.