**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FRANK HRKACH, et al.**,<br><br>Plaintiffs,<br><br>*v.*<br><br>**SAMSUNG ELECTRONICS AMERICA, INC., et al.**,<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 24-6837-KSM** |

**ORDER**

**AND NOW**, this 29th day of September, 2026, upon consideration of Defendants' Motion for Leave to File Under Seal (Doc. No. 87) and Notice of Identification of Confidential Materials and Justification to Maintain Under Seal (Doc. No. 101), the latter of which the Court construes as a motion, it is **ORDERED** that Defendants' motions (Doc. Nos, 87, 101) are **GRANTED**. The sealed portions of exhibits to Defendants' motion for summary judgment and the parties' *Daubert* motions may remain on the docket in their current forms.

Plaintiffs are **DIRECTED** to file unredacted versions of their *Daubert* motions, memoranda of law in support of the same, certificates of service, and text of proposed orders, by no later than **October 2, 2026, at 5:00 p.m. EDT**.[1]

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.

[1] For clarity, these are to be unredacted versions of (Doc. Nos. 92, 92-1, 92-4, 92-5, 93, 93-1, 93-4, 93-5, 94, 94-1, 94-4, 94-5, 95, 95-1, 95-2, 95-3, 95-4, 95-5, 95-6, 95-7, 96, 96-1, 96-4, and 96-5), all of which were only placed under preliminary seal pending Defendants' identification of potentially confidential information (*see* Doc. No. 97). Defendants did not seek to seal any portion of these documents (*see* Doc. No. 101), so, the Court will no longer keep them under preliminary seal.